UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEMPER CORPORATION (INSURANCE),<br><br>　　　　Defendant. | Case No. 21-cv-03208-SI<br><br>**ORDER DENYING MOTIONS AS MOOT; VACATING SEPTEMBER 3, 2021 HEARING ON DEFENDANT'S FIRST MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 21, 29, 33, 37 |

On April 29, 2021, pro se plaintiff George Jarvis Austin filed a complaint against defendant Kemper Corporation (Insurance) for alleged discrimination and breach of insurance contract. Dkt. No. 1. On July 15, 2021, defendant filed its first motion to dismiss. Dkt. No. 21. On July 19, 2021, plaintiff filed an amended complaint. Dkt. No. 27. On July 21, 2021, plaintiff filed a motion to amend/correct opposition/response to motion, amended complaint. Dkt. No. 29. On July 25, 2021 and July 27, 2021, plaintiff filed a motion to amend/correct joint case management statement and motion to amend/correct clerk's notice, respectively. Dkt. Nos. 33; 37. On August 9, 2021, defendant filed a second motion to dismiss plaintiff's amended complaint. Dkt. No. 54.

Accordingly, defendant's first motion to dismiss (Dkt. No. 21), plaintiff's motion to amend/correct opposition/response to motion, amended complaint (Dkt. No. 29), plaintiff's motion to amend/correct joint case management statement (Dkt. No. 33), and plaintiff's motion to amend/correct clerk's notice (Dkt. No. 37) are **DENIED AS MOOT**. The September 3, 2021 hearing on defendant's first motion to dismiss is **VACATED**. Defendant's motion to dismiss the First Amended Complaint (Dkt. No. 54) remains pending.

**IT IS SO ORDERED**.

Dated: August 17, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge