UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>KEMPER CORPORATION (INSURANCE),<br><br>    Defendant. | Case No. 21-cv-03208-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION; SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Re: Dkt. No. 58 |

On July 19, 2021, pro se plaintiff George Austin filed an amended complaint. Dkt. No. 27. On August 9, 2021, defendant Kemper Corporation (Insurance) filed a motion to dismiss plaintiff's amended complaint. Dkt. No. 54. On August 17, 2021, plaintiff filed a motion for extension of time to file an opposition to defendant's motion to dismiss. Dkt. No. 58.

The Court hereby **GRANTS** plaintiff's motion for extension of time. Plaintiff shall file an opposition, if any, by September 13, 2021. The Court does not anticipate granting any further extension.

Defendant shall have until September 20, 2021 to file a reply.

The October 1, 2021 hearing on defendant's motion to dismiss is continued to October 22, 2021.

**IT IS SO ORDERED**.

Dated: August 20, 2021

_____
SUSAN ILLSTON
United States District Judge