UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>KEMPER CORPORATION (INSURANCE),<br><br>    Defendant. | Case No. 21-cv-03208-SI<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION; EXTENDING OPPOSITION AND REPLY DEADLINES**<br><br>Re: Dkt. No. 63 |

    On April 29, 2021, *pro se* plaintiff George Jarvis Austin filed a complaint against defendant Kemper Corporation (Insurance) for alleged discrimination and breach of insurance contract. Dkt. No. 1. On July 19, 2021, plaintiff filed an amended complaint. Dkt. No. 27. On August 9, 2021, defendant filed a second motion to dismiss plaintiff's amended complaint. Dkt. No. 54.

    On September 13, 2021, plaintiff filed a seventy-page opposition to defendant's second motion to dismiss. Dkt. No. 63. However, "[u]nless the Court expressly orders otherwise . . . briefs or memoranda filed with opposition papers may not exceed 25 pages of text." Civ. Local R. 7-4(b). The Court did not grant plaintiff an extension of page limits. Accordingly, the Court **STRIKES** plaintiff's opposition. Plaintiff shall file an opposition of no more than 25 pages by September 24, 2021. The deadline for defendant's reply is October 1, 2021.

    **IT IS SO ORDERED**.

Dated: September 17, 2021

_____
SUSAN ILLSTON
United States District Judge