UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEMPER CORPORATION (INSURANCE),<br><br>　　　　　　　Defendant. | Case No. 21-cv-03208-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 89 |

This action was filed in April, 2021. After numerous delays, the Court previously dismissed plaintiff's first amended complaint without prejudice pursuant to defendant's motion to dismiss for failure to state a claim. Dkt. No. 80 (October 13, 2021). Plaintiff's second Amended Complaint was filed on October 22 2021, and on November 11, 2021, defendant filed a motion to dismiss it. Dkt. No. 89. A motion hearing is set for December 17, 2021. The current briefing schedule requires plaintiff's response by November 26, 2021 and defendant's reply by December 3, 2021.

There has already been considerable delay in this action. Continuing the response deadline by five months would cause undue delay. Plaintiff's motion is DENIED, and his response remains due on November 26, 2021.

**IT IS SO ORDERED**.

Dated: November 16, 2021

SUSAN ILLSTON
United States District Judge