UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN, | Case No. 21-cv-03208-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KEMPER CORPORATION (INSURANCE), | |
| Defendant. | |

This action has been dismissed without leave to amend for failure to state a claim upon which relief can be granted.  Judgment is entered accordingly, against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 15, 2021

_____
SUSAN ILLSTON
United States District Judge