UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>   Plaintiff,<br><br>   v.<br><br>KEMPER CORPORATION (INSURANCE),<br><br>   Defendant. | Case No. 21-cv-03208-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 98 |

Before the Court is plaintiff's Motion for Reconsideration filed on December 15, 2021, Dkt. No. 98, the same day the Court filed the dismissal order of which plaintiff requests reconsideration. Dkt. No. 95. Plaintiff appealed this Court's dismissal order to the Ninth Circuit on January 25, 2022. Dkt. No. 117. The Ninth Circuit has held proceedings in abeyance pending this Court's resolution of the Motion for Reconsideration. Dkt. No. 117.

Plaintiff failed to request leave under Civil Local Rule 7-9(a) to file a motion for reconsideration. The Court denies the motion on this basis. *See Oliver v. City & Cty. of San Francisco*, No. C 07-2460 JL, 2009 WL 10736489, at *1 (N.D. Cal. Mar. 23, 2009) (denying motion for reconsideration due to failure to comply with Local Rules). The Court also finds no merit to plaintiff's motion. First, plaintiff's separate appeal of a non-appealable scheduling order did not present an "issue that would precede" the Court's determination of the motion to dismiss (as plaintiff put it). Second, plaintiff's assertions of "judicial misconduct" or "conflict of interest" are

unfounded, as discussed in this Court's order, filed on December 17, 2021, in one of plaintiff's other cases, *Austin v. ABC Legal*, 3:21-cv-09076-SI (N.D. Cal.) at Dkt. No. 24.

The Motion for Reconsideration is **DENIED**.

**IT IS SO ORDERED**.

Dated: March 16, 2022

SUSAN ILLSTON
United States District Judge

2